IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00435-LTB

MINH PHAM,

    Plaintiff,

v.

WAL-MART SUPERMARKET,
DONALD KELLY, Manager,
"JOHN DOE", Supervisor,
"THE CORPORATION COMPANY," Registered Agent,
WALMART ASSOCIATES, INC.,
PEDRO DEJESSUS, Registered Agent,
TAMPICO BEVERAGES, INC.,
GEORGE E. STRICKLER, JR., Registered Agent,
HOUCHENS INDUSTRIES, INC., and
"JOHN DOE," Factory or Bottling Company,

    Defendants.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 29, 2013, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 29 day of March, 2013.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk


                By: s/ S. Grimm
                    Deputy Clerk